**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                         NO. 4:09CR00292 JLH

DONNELL RICHARD                                                          DEFENDANT

**ORDER**

     The government has filed a motion to dismiss the indictment against Donnell Richard.

Without objection, the motion is GRANTED.  Document #12. The indictment against Donnell

Richard is hereby dismissed without prejudice.

     IT IS SO ORDERED this 19th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE